UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND, <br><br> Plaintiff <br><br> v. <br><br> LANDERHOLM ELECTRIC COMPANY, INC., <br><br> Defendant <br> and <br><br> THE COMMUNITY BANK, <br><br> Trustee | MBD No. <br> 10-mc-10291-GAO |

JUDGMENT AGAINST TRUSTEE THE COMMUNITY BANK

This matter came before the Court on Plaintiff's Motion to Charge Trustee. It is hereby ORDERED, ADJUDGED and DECREED that judgment is entered against Trustee The Community Bank and Plaintiff shall recover from Trustee The Community Bank the amount of $4,941.56 from the goods, effects and credits of Defendant in the hands and possession of Trustee The Community Bank. It is further ORDERED that Plaintiff may successively serve Trustee The Community Bank and obtain additional trustee judgment(s) in order to obtain the balance of $42,637.24 remaining on the trustee attachment of $47,578.80 that was approved by this Court on October 29, 2010.

By the Court,

Dated: 4/26/11

_____
USDJ.